## SMITH V. THE STATE.
### (Decided Feb. 4, 1913.)

APPEAL from Andalusia City Court.

Heard before Hon. A. L. RANKIN.

A. WHALEY, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed.

---

## SPIGNER V. THE STATE.
### (Decided July 11, 1912.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

H. L. MARTIN, and J. E. Z. RILEY, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

DE GRAFFENRIED, J.—Appeal dismissed on the authority of *Lampley v. The State*, 6 Ala. App. 23; 60 South. 415.

---

## GAMBILL, ET AL. V. WEAVER.
### (Decided Nov. 27, 1912.)

APPEAL from Birmingham City Court.

Heard before Hon. C. C. NESMITH.

No counsel marked for either party.

Per curiam. Dismissed for failure to file transcript in time.

---

## GARNER V. THE STATE.
### (TWO CASES.)
### (Decided Jan. 16, 1913.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.